UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NANCY ROSE MALLETT,                    )
                                       )
                Plaintiff,             )
                                       )        **JUDGMENT IN A CIVIL CASE**
        v.                             )
                                       )        **CASE NO. 5:18-CV-241-D**
ANDREW M. SAUL, Commissioner of Social )
Security,                              )
                Defendant.             )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 26]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 20],
DENIES defendant's motion for judgment on the pleadings [D.E. 22], and REMANDS the action
to the Commissioner pursuant to 42 U.S.C. § 405(g).

<u>**This Judgment Filed and Entered on July 8, 2019, and Copies To:**</u>
Laura Beth Waller                              (via CM/ECF electronic notification)
Keeya M. Jeffrey                               (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK
July 8, 2019                   (By)  /s/ Nicole Sellers
                                     Deputy Clerk